UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**LATASHA HARPER,**

        Plaintiff,

  -vs-

                                      Case No. 13-C-612

**CAROLYN COLVIN, Acting Commissioner of Social Security,**

        Defendant.

## DECISION AND ORDER

This matter comes before the Court on Latasha Harper's motion for leave to proceed in forma pauperis on appeal from the denial of her application for social security disability benefits. Harper's petition demonstrates an inability to pay the costs associated with this lawsuit, and the complaint reveals an actionable claim for relief. 28 U.S.C. § 1915.

Therefore, Harper's motion [ECF No. 4] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 5th day of June, 2013.

                                              BY THE COURT:

                                              *Rudolph T. Randa*
                                              **HON. RUDOLPH T. RANDA**
                                              **U.S. District Judge**